IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS C. SOSA, JR, #02374326, | § § § | |
| PETITIONER, | § § | |
| v. | § § | CIVIL CASE NO. 3:24-CV-75-E-BK |
| DIRECTOR, TDCJ-CID, | § § | |
| RESPONDENT. | § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 9). Petitioner does not appear to assert objections to the findings, conclusions, and recommendation. However, on March 1, 2024, Petitioner filed a "Motion for Order to Show Cause" (Show Cause Motion) (ECF No. 12). Assuming *arguendo* this Show Cause Motion, liberally construed, constituted an objection to the findings, conclusions, and recommendation of the United States Magistrate Judge—the Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. (*See* ECF Nos. 9; 12). Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of March, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE